NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000453**
**24-AUG-2012**
**08:29 AM**

NO. CAAP-12-0000453

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


DEUTSCHE BANK NATIONAL TRUST, as Trustee
of the IndyMac Inda Mortgage Loan Trust 2007-AR9,
Mortgage Pass-Trough Certificates, Series 2007-AR9
Under the Pooling and Servicing Agreement dated December 1, 2007,
Plaintiff-Appellee,
v.
JOHN J. PHILLIPS, III, Defendant-Appellant,
and
JOHN DOES 1-50 and JANE DOES 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0294(3))

ORDER APPROVING THE AUGUST 17, 2012
STIPULATION FOR DISMISSAL OF APPEAL
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal filed on August 17, 2012, and the records and files herein,

IT IS HEREBY ORDERED that the stipulation is approved, and this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, August 24, 2012.

Presiding Judge

Associate Judge

Associate Judge